# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JENNIFER FIGURA,

    Plaintiff,

v.                                                          Case No: 8:23-cv-1932-CEH-SPF

SUN LIFE ASSURANCE COMPANY
OF CANADA,

    Defendant.

_____

## ORDER

Upon consideration of the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 19), which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action has been dismissed with prejudice by operation of Rule 41, on the terms agreed to and set out by the parties. Accordingly, it is hereby

**ORDERED** that the above-captioned cause is **DISMISSED** with prejudice, with each Party to bear its own costs and fees. The Clerk is directed to terminate pending motions and deadlines, if any, and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on May 7, 2024.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record